[Dkt. Nos. 23, 25]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____
:
KAREEM McCRAY, :
:
    Plaintiff, : Civil No. 10-2346 (RMB/JS)
:
    v. : **ORDER**
:
NEW JERSEY STATE POLICE, et :
al., :
    Defendants. :
_____ :

    THIS MATTER having come before the Court pursuant to Federal Rule of Civil Procedure 72(b); and

    IT APPEARING that on January 17, 2012, United States Magistrate Judge Joel Schneider filed a Report and Recommendation in this case [Dkt. No. 25]; and

    THE COURT NOTING that, on February 7, 2012, Plaintiff Kareem McCray was given, by order of the Court, until February 24, 2012, more than the fourteen days required under Fed. R. Civ. P. 72 and L. Civ. R. 72.1(c)(2), to respond or otherwise object to this Report and Recommendation [Dkt. No. 26]; and

    THE COURT NOTING that no objections having been received as of today's date; and

    IT APPEARING, after review, that this Court should adopt Judge Schneider's Report and Recommendation without modification;

    IT IS on this **1st** day of **March** **2012**, hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation is adopted and entered; and it is further

**ORDERED** that the Plaintiff's Motion to Dismiss is GRANTED.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge